UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

GILMER ANIBAL ORELLANA,

        Petitioner,

v.

PATRICIA HYDE,
Field Office Director, et al.,

        Respondents.

_____

25-CV-518-JLS
ORDER



    Petitioner Gilmer Anibal Orellana is a civil immigration detainee currently held at the Buffalo Federal Detention Facility. Petitioner claims that he is being detained in United States Immigration and Customs Enforcement custody in violation of the United States Constitution. Therefore, Petitioner seeks relief under 28 U.S.C. § 2241. Dkt. 1. He has paid the $5.00 filing fee.

### ORDER

    IT IS HEREBY ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve an **answer** responding to the allegations in the Petition; and it is further

    ORDERED that within **45 days** of the date of this Order, Respondents shall file and serve, in addition to the answer, a **memorandum of law** addressing each of the issues raised in the Petition and including citations to supporting authority and applicable sections of the Immigration and Nationality Act; and it is further

ORDERED that within **45 days** of the date of this Order, instead of an answer, Respondents may file a **motion to dismiss** the Petition, accompanied by appropriate exhibits demonstrating that an answer to the Petition is unnecessary; and it is further

ORDERED that Petitioner shall have **25 days** after his receipt of the Respondents' answer or motion to dismiss to file a **written response**; and it is further

ORDERED that the Clerk of Court shall serve a copy of the Petition, together with a copy of this Order, electronically via a Notice of Electronic Filing to the United States Attorney's Office, Western District of New York at USANYW-Immigration-Habeas@usdoj.gov.

**PETITIONER MUST FORWARD A COPY OF ALL FUTURE PAPERS AND CORRESPONDENCE TO THE ATTORNEY APPEARING FOR RESPONDENTS.**

SO ORDERED.

Dated:    June 20, 2025
            Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE