Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Gilmer Anibal Orellana

    v.

Patricia Hyde et al

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 25-cv-518

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed as moot.

Date: December 3, 2025

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Jasmin
    Deputy Clerk